# Bồ Đề Tịnh Tâm Chay

Vegetarian Restaurant

15131 Moran St. #417
Westminster, Ca 92683
**(714) 891-5809**
Open 7 days
9 am - 9 pm

15352 Beach Blvd.
Westminster, Ca 92683
**(714) 891-4455**
Open 7 days
Mon-Thurs: 9 am - 9 pm
Fri-Sunday: 9 am - 10 pm

Exhibit 8 knock off soy sauce product

| | |
|---|---|
| **To:** | TO, PHONG CHAN (kpt101@yahoo.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78185404 - LA BO DE - N/A |
| **Sent:** | 5/5/03 4:33:51 PM |
| **Sent As:** | ECom112 |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 78/185404

**APPLICANT**: TO, PHONG CHAN

**CORRESPONDENT ADDRESS**:
TO, PHONG CHAN

136 S. VISTA GRANDE
ANAHEIM HILLS CA USA 92807

**RETURN ADDRESS**:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom112@uspto.gov**

**MARK**: LA BO DE

**CORRESPONDENT'S REFERENCE/DOCKET NO** : N/A

**CORRESPONDENT EMAIL ADDRESS**:
kpt101@yahoo.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number 78/185404

The assigned examining attorney has reviewed the referenced application and determined the following.

***LIKELIHOOD OF CONFUSION***

The examining attorney refuses registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d), because the applicant's mark, when used on or in connection with the identified goods, so resembles the mark in U.S. Registration No. 2175362 as to be likely to cause confusion, to cause mistake, or to deceive. TMEP section 1207. See the enclosed registration.

The examining attorney must analyze each case in two steps to determine whether there is a likelihood of confusion. First, the examining attorney must look at the marks themselves for similarities in appearance,

BT54

sound, connotation and commercial impression. *In re E. I. DuPont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (CCPA 1973). Second, the examining attorney must compare the goods or services to determine if they are related or if the activities surrounding their marketing are such that confusion as to origin is likely. *In re August Storck KG,* 218 USPQ 823 (TTAB 1983); *In re International Telephone and Telegraph Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Products Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978).

Applicant's mark is ***"LA BO DE (and design element including a leaf)"*** for soy sauce, soybean paste, and whole soybean sauce. Registrant's mark is ***"VI DAI BO-DE (and a design element of a leaf"*** for sauces, soy sauce.

The dominant elements of the marks in question are the same, namely ***"BO DE and the design element of a leaf."*** The goods of both the applicant and the registrant are similar if not identical in that they comprise sauces, namely, soy sauce. The applicant appropriated the dominant portions of the registered mark. The overall similarities among the marks and the goods are so great as to create a likelihood of confusion. The examining attorney must resolve any doubt as to the issue of likelihood of confusion in favor of the registrant and against the applicant who has a legal duty to select a mark, which is totally dissimilar to trademarks already being used. *Burroughs Wellcome Co. v. Warner-Lambert Co.*, 203 USPQ 191 (TTAB 1979).

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of the registration.

Therefore, for the reasons listed above, registration is refused under section 2(d) of the Trademarks Act.

**Should the applicant elect to respond to this office action, then, the applicant should also address the following informalities.**

***DRAWING WILL NOT REPRODUCE PROPERLY***

The drawing is not acceptable because it is a photocopy, which will not reproduce satisfactorily. The applicant must submit a new drawing showing the mark clearly and conforming to 37 C.F.R. Section 2.52. TMEP section 807.05. The examining attorney recommends that the applicant submit a new drawing **without the gray shading**.

The requirements for a specialâ€'form drawing, in addition to the heading, are as follows.

(1) The drawing must appear in black and white; no color is permitted.
(2) Every line and letter must be black and clear.
(3) The use of gray to indicate shading is unacceptable.
(4) The lining must not be too fine or too close together.

(5) The preferred size of the area in which the mark is displayed is 2 1/2 inches (6.1 cm.) high and 2 1/2 inches (6.1 cm.) wide. In no case may it be larger than 4 inches (10.3 cm.) high or 4 inches (10.3 cm.) wide.

(6) If the reduction of the mark to the required size renders any details illegible, the applicant may insert a statement in the application to describe the mark and these details.

37 C.F.R. Sections 2.51 and 2.52; TMEP section 807.05. The Office will enforce these drawing requirements strictly. TMEP section 807.

***DRAWING AMENDMENT CANNOT BE A MATERIAL ALTERATION OF THE MARK***

The amendment of the drawing cannot materially alter the character of the mark. 37 C.F.R. Section 2.72(a); TMEP section 807.14(a). *See In re Wine Society of America, Inc.*, 12 USPQ2d 1139 (TTAB 1989); *In re Nationwide Industries Inc.*, 6 USPQ2d 1883 (TTAB 1988); *In re Pierce Foods Corp*, 230 USPQ 307 (TTAB 1986). No correction may be made which would constitute a material alteration of the mark. See In re Tetrafluor Inc., 17 USPQ2d 1160 (Comm'r Pats. 1990). An amendment to the description or drawing of the mark may not be made if it materially alters the character of the mark. 37 C.F.R.

BT55

04/30/01 11:04:06 PTO-> PTO RightFAX Page 002

Form PTO-1594
(Rev. 03/01)
OMB No. 0651-0027 (exp. 5/31/2002)

# RECORDATION FORM COVER SHEET
# TRADEMARKS ONLY

U.S. DEPARTMENT OF COMMERCE
U.S. Patent and Trademark Office

Tab settings ⇨⇨⇨ ▼ ▼ ▼ ▼ ▼ ▼ ▼

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

1. Name of conveying party(ies):
TO, PHONG CHAN

- [x] Individual(s)
- [ ] Association
- [ ] General Partnership
- [ ] Limited Partnership
- [ ] Corporation-State
- [ ] Other ____

Additional name(s) of conveying party(ies) attached? [ ] Yes [ ] No

2. Name and address of receiving party(ies)
Name: MAI NGUYEN
Internal Address: ____
Street Address: 7241 GARDEN GROVE BLVD.
City: GARDEN GROVE State: CA Zip: 92841

- [x] Individual(s) citizenship ____
- [ ] Association ____
- [ ] General Partnership ____
- [ ] Limited Partnership ____
- [ ] Corporation-State ____
- [ ] Other ____

If assignee is not domiciled in the United States, a domestic representative designation is attached: [ ] Yes [ ] No
(Designations must be a separate document from assignment)
Additional name(s) & address(es) attached? [ ] Yes [ ] No

3. Nature of conveyance:
- [x] Assignment
- [ ] Merger
- [ ] Security Agreement
- [ ] Change of Name
- [ ] Other ____

Execution Date: ____

4. Application number(s) or registration number(s):
A. Trademark Application No.(s) ~~78/185404~~ MN
B. Trademark Registration No.(s) 78/185404

Additional number(s) attached [ ] Yes [x] No

5. Name and address of party to whom correspondence concerning document should be mailed:
Name: MAI NGUYEN
Internal Address: ____
Street Address: 10301 ORREY PL.
City: GARDEN GROVE State: CA Zip: 92843

6. Total number of applications and registrations involved: ............ 1

7. Total fee (37 CFR 3.41)............... $ 40.00
- [x] Enclosed
- [ ] Authorized to be charged to deposit account

8. Deposit account number:
____

(Attach duplicate copy of this page if paying by deposit account)

DO NOT USE THIS SPACE

9. Statement and signature.
*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

MAI NGUYEN — Name of Person Signing
[signature] — Signature
July 01. 04 — Date

Total number of pages including cover sheet, attachments, and document: ____

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patent & Trademarks, Box Assignments
Washington, D.C. 20231

07-06-2004
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

BT37

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**Reg. No. 2,856,888**

**Registered June 22, 2004**

# United States Patent and Trademark Office

## TRADEMARK
### PRINCIPAL REGISTER

LÁ BỒ ĐỀ

TO, PHONG CHAN (UNITED STATES INDIVIDUAL)
136 S. VISTA GRANDE
ANAHEIM HILLS, CA 92807

FOR: SOY SAUCE, SOYBEAN PASTE, WHOLE SOYBEAN SAUCE, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-1993; IN COMMERCE 8-0-1993.

THE ENGLISH TRANSLATION OF THE WORD "LA BO DE" IN THE MARK IS "LEAF OF THE BUDDHA TREE".

SN 78-185,404, FILED 11-15-2002.

FLORENTINA BLANDU, EXAMINING ATTORNEY

FR: To, Phong Chan
136 S. Vista Grande
Anaheim Hills, CA 92807
714.269.8088
e-mail: kpt101@yahoo.com

May 6, 2003

TO: UNITED STATES PATENT AND TRADEMARK OFFICE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

RE: SERIAL NO: 78/185404

ATT: Trademark Attorney
/florentina blandu/
1.0.112
tel (703) 308-9112 ext. 104

Dear Ms. Florentina Blandu,

First I would like to thank you for your help with this matter. The following points that I will list hopefully will clear up any concern you've had with this particular case namely "LA BO DE":

1. Enclosed please find a copy of my old Registration for the same name and design of "LA BO DE" registration no. 1,859,867 registered on Oct. 25,1994,and was mistakenly abandoned on Oct. 25,2000.

During this period, "VI DAI BO DE" registration no. 2175362 was award trademark on Jan.31, 1996, which is 2 years after my original trademark "LA BO DE" was approved and both were being used without complaint or confusion.

2. Secondly, "VI DAI BO DE" actual meaning and is being translated by the registrant as "SEASONING EXTRACTED FROM MULBERRY TREE", while "LA BO DE" is translated as "LEAF OF THE BUDDHA TREE". Both of which are different in meaning and usually not confused by the other.

3. I've also enclosed a copy of another registration that I've made as soon as I've found out about the cancellation to my original trademark, prior to this which was advised by the examining attorney to re-register only due to my wrongly submission of the actual label, not the design itself as was required. This is purely for your examination.

I hope I've demonstrated these points to your satisfactory and I thank you for your help with this matter.

Thank you

To, Phong Chan

PS. I've also enclosed another copy of my design as per your request.

BT46

**<FEE INFORMATION>**

$100.00 x <Number of Classes> 1 = <Total Fees Paid> $100.00

**<SPECIMEN AND SIGNATURE INFORMATION>**

*~Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. §1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*
**(You MUST ATTACH A SPECIMEN showing the mark as used in commerce for at least one product or service in each international class covered.)**

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.~

~Signature~

<Date Signed> 3/9/04

<Name> TO, PHONG CHAN

<Title> OWNER

**<CONTACT INFORMATION>**

| | |
|---|---|
| <Name> | APEX ESCROW, INC. |
| <Company/Firm Name> | TERRY TRAN |
| <Street> | 15576 BROOKHURST STREET, #B |
| <City> | WESTMINSTER |
| <State> | CALIFORNIA |
| <Country> | USA |
| <Zip/Postal Code> | 92683 |
| <Telephone Number> | 714-839-2222 |
| <Fax Number> | |
| <e-Mail Address> | terry.tran@apexescrow.com |

**<CERTIFICATE OF MAILING>** *~Recommended to avoid lateness due to mail delay.~*

~I certify that the foregoing is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to theCommissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3514, on~

<Date of Deposit> 03/09/04

~Signature~

<Name> TO, PHONG CHAN

The information collected on this form allows an applicant to demonstrate that it has commenced use of the mark in commerce regulable by Congress. With respect to applications filed on the basis of an intent to use the mark, responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental Register. 15 U.S.C. §§1051 et seq. and 37 C.P.R. Part 2. All information collected will be made public. Gathering and providing the information will require an estimated thirteen minutes. Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number. (See bottom left side of this form)



BT41

JOSEPH DOVINH

Federal Accredited Court Interpreter
& Certified Translator

# TRANSLATOR'S CERTIFICATION

The Translator translated the following words into English, applying the context from the picture:

1.

"Lá Bồ Đề" (Vietnamese) taken together translates into English as "**BODHI** (Tree) **LEAF**" where "Bodhi" is another word for "Bhudda".

2.

"Vị Đài Bồ Đề" is Chinese-Vietnamese (Nom characters). "VI" means "Taste", and "DAI" means "Scent". Thus, "VI DAI" together translates to "Flavor" in English. The "BO DE" words here are the same as above which means "BODHI (Tree)" where "Bodhi" is another word for "Bhudda". The Chinese characters: "味VI 台DAI 菩BO提 DE", taken together translates into English as: **FLAVOR OF BODHI** (Tree). See attached page from Dictionary.

# CERTIFICATION OF TRANSLATION

I, Joseph Dovinh, undersigned, hereby certified that the TRANSLATION (appearing above) which I have translated from its original Vietnamese and Chinese-Vietnamese (with authoritative citations from Dictionary of Chinese-Vietnamese Characters) are accurate to the best of my abilities.

Signature: Date: April 3, 2012

NGUYỄN HỮU VINH • ĐẶNG THẾ KIỆT
NGUYỄN DOÃN VƯỢNG • LÊ VĂN ĐẶNG • NGUYỄN VĂN SÂM
NGUYỄN NGỌC BÍCH • TRẦN UYÊN THI

# 字典𡨸喃摘引

# TỰ ĐIỂN CHỮ NÔM TRÍCH DẪN

## DICTIONARY OF NÔM CHARACTERS WITH EXCERPTS

VIỆN VIỆT-HỌC
Institute of Vietnamese Studies
USA, 2009

# 味VI台DAI菩BO提DE

## 味 vị (mùi)

**Bộ:** 口, **Nét:** 30.5-8, **U+5473**

❶ **Âm:** 味 **vị (vị).** ✿ 瀉悉清味耨渃、垪坦隘畛夢意。Tả lòng thanh, *vị* núc nác, Vun đất ải, luống mồng tơi (Quốc Âm, b. 10). ✿ 雖趣味包𤀗排罢妬、双清容市粧點旦朱。Tuy thú *vị* đã giãi bày ra đó, Song thanh dung nào trang điểm đến cho (Tây Hồ, t. 49b). ✿ 演法財通咍事理、供进方没味拯餘、寔權體用如如、隨緣堆㝵悉慈度人。Diễn pháp tài thông hay sự lý, Cùng mười phương một *vị* chẳng dư, Thật quyền

## 台 đài (hay, thai, thơi, thay, thài)

**Bộ:** 口, **Nét:** 30.2-5, **U+53F0**

❶ **Âm:** 台 **đài (đài).** ✿ 清閒無事、撅削台花、蜍奉孛丕、店畧香火。Thanh nhàn vô sự, Quét tước *đài* hoa, Thờ phụng Bụt Trời, Đêm ngày hương hỏa (Đắc Thú, c. 21-24).

## 菩 bồ

**Bộ:** 艸, **Nét:** 140.8-12, **U+83E9**

❶ **Âm:** 菩 **bồ (bồ).** ✿ 預牟禪般若、珞绅紇菩提。Dựa màu thiền Bát Nhã, Lần chuỗi hạt *Bồ* Đề (Sãi Vãi NVS, tr. 2). ✿ 曦彙紅花開般若、椫菩提結果自然。Hé vừng hồng hoa khai Bát Nhã, Trồng *Bồ* Đề kết quả tự nhiên (Sự Lý, c.5-6). ✿ 自覺乾恪凡夫、覺他乾恪二乘、覺滿乾恪菩薩。Tự giác ắt khác phàm phu, giác tha ắt khác nhị thừa, giác mãn ắt khác *Bồ* Tát (A Di Đà, t 7a). ✿ 油教化衆生、吪歆諸菩薩、共𢚸金剛心揾因麻修、買特証铖佛果。




Exhibit 8 knock off soy sauce product




Exhibit 8 knock off soy sauce product

BÌNH TÂY

# NHÀ MÁY MÌ ĂN LIỀN
# BÌNH TÂY

634Bis PHẠM VĂN CHÍ, QUẬN 6, THÀNH PHỐ HỒ CHÍ MINH
Điện thoại : 53222-54688



•

Chuyên sản xuất các mặt hàng :

- Mì ăn liền các loại. Đặc biệt MÌ HẢI TÔM, MÌ CHAY, LÁ BỒ ĐỀ đã được tín nhiệm nhiều năm trên thị trường.
- Giấy carton dợn sóng 3 lớp, 5 lớp và thùng giấy các loại mang nhãn hiệu "VILISAPHA".

Với dây chuyền sản xuất hiện đại - Sản phẩm của nhà máy có chất lượng cao.

Nhà máy nhận hợp tác gia công và mua bán sản phẩm với các thành phần kinh tế, thủ tục nhanh chóng dễ dàng.

Quý khách có nhu cầu, xin liên hệ với nhà máy MÌ ĂN LIỀN BÌNH TÂY và các ĐẠI LÝ CỦA NHÀ MÁY.

1990.

XÍ NGHIỆP TƯ DOANH

# SÀI GÒN MAY MẶC XUẤT KHẨU

## SAIGON PRIVATE GARMENT EXPORT ENTERPRISE LTD.

Gia công - sản xuất các loại hàng may mặc xuất khẩu

Với dàn máy hiện đại nhập khẩu, xí nghiệp đã sản xuất cung cấp các phụ liệu ngành may như :

- Mex (sol ép cổ áo), dựng - dây thun - nút - chỉ - nhãn vải - nhãn giấy.
- Thêu, in ấn mỹ thuật trên trang phục, đồ dùng bằng vải, bao bì nylông, giấy.

Nhanh chóng - Hiểu khách - Tin cậy.

Thanh toán dễ dàng bằng chuyển khoản, tiền mặt hoặc trao đổi hàng hóa.

Xí nghiệp sẵn sàng liên doanh, liên kết với mọi đơn vị kinh tế trong và ngoài nước.

Hân hạnh phục vụ khách hàng.

- Producing and processing various kinds of garments for export.
- With imported modern equipment, the enterprise producing and supplies accessory items such as : interlining - Elastic band - Button - Thread - Fabric label - Paper label...
- Embroideries and art printing on garment, P.E and P.P bags, on paper...

Quickness - Hospitality - Reliability

- Easily payment either in cash, transfer of currency or by commodity exchange.
- Welcome to joint venture, Co-operation from any internal economic organization as well as foreign enterpreneur.



Saigon Private Garment Export Enterprise Ltd.
239 Nguyen Trong Tuyen St. - Phu Nhuan District
Ho Chi Minh City
Tel : 44598 - 41911

Exhibit 8 knock off soy sauce product




Exhibit 8 knock off soy sauce product




Exhibit 8 knock off soy sauce product