DALE WASHINGTON SBN 169008
9550 WARNER #250
FOUNTAIN VALLEY, CA 92708
714 612-8079
washington.dale@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI A. NGUYEN, an individual and doing business as MSJ FOODS, Inc., MSJ FOODS, Inc.<br><br>Plaintiff(s),<br>v.<br>CONG TY CO PHAN THUC PHAM BINH TAY, a business entity, form unknown; THAI SON, a business entity, form unknown, and DOES 1 to 10, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>SACV 10-01558 CJC (MLGx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☑ The Counterclaim brought by Claimant(s) <u>CONG TY CO PHAN THUC PHAM BINH TAY (Doc 6)</u> is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 22, 2012                                     Dale E. Washington
*Date*                                            *Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.