UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-01558-CJC(MLGx)                             Date  December 28, 2012

Title  Mai A. Nguyen, et al v. Cong Ty Co Phan Thuc Pham Binh Tay, et al

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL PENDING HEARING DATES AND TRIAL

   The Court, having been advised by counsel that this action has been settled by Notice of Settlement filed on December 20, 2012, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

   The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

                                                                                              :    0

                                                    Initials of Preparer   mu